[No. 59742-6-I. Division One. August 25, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. SUSAN FEATHERSTONE, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-1-00527-8, John M. Meyer, J., entered February 8, 2007. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Lau, JJ.

[No. 59768-0-I. Division One. August 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DOUGLAS LANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01229-6, Michael T. Downes, J., entered March 27, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.

[No. 59891-1-I. Division One. August 25, 2008.]

MARI CARROLL, *Respondent*, v. THOMAS ELZEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-21613-3, Deborah D. Fleck, J., entered April 6, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 59924-1-I. Division One. August 25, 2008.]

ROYAL INSURANCE COMPANY OF AMERICA, *Appellant*, v. BRADY & COMPANY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-25184-1, Andrea A. Darvas, J., entered April 20, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.